UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROQUE MEDINA-ORTIZ, | ) | Criminal No. 07-CR-1475-L |
| Petitioner, | ) ) ) | |
| v. | ) ) | **ORDER DISMISSING PETITIONER'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE** |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) ) | |

On October 8, 2008, Petitioner filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence. Given that Petitioner's case is currently on appeal, the Court **DISMISSES** Petitioner's Motion. *See Feldman v. Henman*, 815 F.2d 1318, 1321 (9th Cir. 1987) (Federal prisoners must exhaust their federal appellate review prior to filing *habeas corpus* petition in district court).

**IT IS SO ORDERED.**

DATED: October 15, 2008

_____
M. James Lorenz
United States District Court Judge

COPIES TO:

PETITIONER
U.S. ATTORNEY'S OFFICE

07-CR-1475-L